# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 700 Federal Building,**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

02 FEB -4 AM 9:13
CLERK, U.S. DIST. COURT
DULUTH, MN

## MOTION FOR ADMISSION PRO HAC VICE

Civ. 01-2310 JRT/RLE

**Case Number:** ~~31-C6-01-1641~~ **Case Title:** Guyer v. Valmet, Inc.

**Affidavit of Movant**

I, Philip L. Bruner, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Courtney A. Sullivan, an attorney admitted to practice in the ______ District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Valmet, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] — MN Attorney License #: #12397 — Date: Jan. 30, 2002

**Affidavit of Proposed Admittee**

I, Courtney A. Sullivan, am currently a member in good standing of the U.S. District Court for the Eastern District of Virginia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Courtney A. Sullivan — Signature: [signature] — Date: Jan. 2, 2002

Attorney License Number: Va. Bar # 43244

Law Firm Name & Address:

Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339

Telephone: (202-775-5764

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date: FEB 05 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED FEB 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______