# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: ~~31-C6-01-1641~~ Civ. 01-2310 JRT/RLE Case Title: Guyer v. Valmet, Inc.

**Affidavit of Movant**

I, Philip L. Bruner, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael Evan Jaffe, an attorney admitted to practice in the ________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Valmet, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] | MN Attorney License #: #12397 | Date: Jan. 30, 2002

**Affidavit of Proposed Admittee**

I, Michael Evan Jaffe, am currently a member in good standing of the U.S. District Court for the ________ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Michael Evan Jaffe | Signature: [signature] | Date: Jan. 2, 2002

Attorney License Number: 88443

Law Firm Name & Address:

Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339

Telephone: (202) 857-6132

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date: FEB 05 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED FEB 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________