**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **KRISTY GUYER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**VALMET, INC.,**<br>**n/k/a METSO PAPER USA, INC.**<br><br>**Defendant.** | ) | **Case No. 01-2310** |

**STIPULATION AND ORDER**
**OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1), Fed.R.Civ.P., Plaintiff Kristy Guyer, individually and as Trustee for the heirs and next of kin of Rick Guyer, by counsel, and Defendant Valmet, Inc. n/k/a Metso Paper USA, Inc., by counsel, hereby stipulate and agree that all claims and causes of action in this action hereby are dismissed with prejudice, each party to bear her/its own costs and expenses, that this action is hereby terminated, and that this stipulation and order is a final order. This proceeding is thus concluded.

Respectfully submitted

John F. Angell, Esq.
Stich, Angell, Kreidler & Dodge, P.A.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401-2190
(612) 333-6351
*Counsel for Plaintiff Kristy Guyer,*

David L. Kelleher, Esq.
Michael Evan Jaffe, Esq.
Thelen Reid & Priest LLP
701 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20004
(202) 508-4000
- and -

FILED FEB 13 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

*Individually and as Trustee for the Heirs and next of kin of Rick Guyer*

Diana Morrissey, Esq.
Faegre & Benson, LLP
220 Wells Fargo Center
99 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
*Counsel for Metso Paper USA Inc.*

Dated: ~~January~~ ___, 2004

It is so ORDERED, this 13th day of FEBRUARY, 2004.

United States District Judge